IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02063-RM-KLM

SHARON SANDOVAL,

    Plaintiff,

v.

MEDICREDIT, INC., a Missouri corporation,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order [#17]**[1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#17] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [##17-1, 17-2] supplied by the parties is **accepted** for filing and entered as an Order of the Court as of the date of this Minute Order.

    Dated: November 4, 2015

---

[1] "[#17]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.